UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STACEY SMITH and JOAN BRITSCHGE, individually, and on behalf of a class of others similarly situated,<br><br>                          Plaintiffs,<br>    v.<br><br>TELETECH HOLDINGS, INC., a Delaware corporation; and TELETECH CUSTOMER CARE MANAGEMENT (COLORADO), INC., a Colorado corporation.<br><br>                          Defendants. | Case No. CV04-5353 FDB<br><br>**ENTRY OF FINAL ORDER AND JUDGMENT** |

The Court has received and considered the Parties' Joint Motion for Entry of Final Order and Judgment and all papers filed with that motion. Pursuant to 9 U.S.C. § 9, the parties have requested that the Court enter as the Final Order and Judgment an Arbitrator's award granting final approval of a class and collective action settlement, attorneys' fees, costs, expenses and service awards. Having considered the Parties' Joint Motion and all documents filed therewith, the Court hereby GRANTS the Parties' Joint Motion and enters as a final order and judgment the attached award.

DATED this 4th day of May, 2010.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge